IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL WAYNE HALL, #161841, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv190-T |
| ) | (WO) |
| BRIAN WHITE, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 2, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's motion to dismiss (Doc. # 7) is GRANTED.

2. This case is DISMISSED without prejudice; and

3. No costs or fees are taxed in this case.

DONE, this the 23rd day of May, 2005.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE