IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL WAYNE HALL, #161841,  )
      )
    Plaintiff,  )
      )
v.  )  CIVIL ACTION NO. 2:05cv190-T
      )  (WO)
BRIAN WHITE, M.D., et al.,  )
      )
    Defendants.  )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed, and that the defendants recover the costs of this action.

DONE, this the 23rd day of May, 2005.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE